UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOY VIDA JONES, ESQ.,

                    Plaintiff,                    **ORDER**

        -against-                   **23-CV-9920 (GHW) (JW)**

LANDRY'S, INC., et al.,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 9, 2024, the Defendants requested a pre-motion conference to address an anticipated motion for sanctions. Dkt. No. 45. The pre-motion conference was held on October 29, 2024. At the conclusion of the conference the Court ordered the following:

1. The Defendant's request for leave to file a motion for sanctions is DENIED.

2. The Parties are to appear **in person** on **December 13, 2024** at **2:00 PM** in Courtroom 228 of the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, New York 10007 for oral arguments regarding Defendant's motion to dismiss. Dkt. No. 38.

SO ORDERED.

DATED:    New York, New York
             October 30, 2024

                                                        */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge