**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOY VIDA JONES, ESQ.,

                        Plaintiff,                    **ORDER**

         -against-                  **1:23-CV-9920 (GHW) (JW)**

LANDRY'S, INC., *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court issues this order to remind the parties that they are directed to order the transcript of the December 13, 2024 proceeding and to send a copy to the Court.

      SO ORDERED.

DATED:    New York, New York
                December 13, 2024

                                                   */s/ Jennifer E. Willis*
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge