UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

                                                :

JOY VIDA JONES, ESQ.,                          :

                                                 :

                        Plaintiff,     :              1:23-cv-9920-GHW

                                                 :

                -v-                   :                ORDER

                                                 :

LANDRY'S, INC., *et al.*,              :

                                                 :

                     Defendants.   :

                                                 :

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 8, 2025, Judge Willis issued a Report and Recommendation (the "R&R") on

Defendants' pending motion to dismiss. Dkt. No. 62. The Court will hold a teleconference on

February 13, 2025 at 3:00 p.m. to discuss the pending motion and the parties' potential objections to

the R&R. The deadline for the parties to file objections to the R&R is tolled until the conference.

The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available

on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the

conference and other relevant instructions. The parties are specifically directed to comply with Rule

2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: February 11, 2025
       New York, New York

                                       _____
                                            GREGORY H. WOODS
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2025