UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

                                                    :

JOY VIDA JONES, ESQ.,                       :

                                                    :

                       Plaintiff,      :                     1:23-cv-9920-GHW

                                                    :

                     -v-                :                      <u>ORDER</u>

                                                      :

LANDRY'S, INC., *et al.*,                 :

                                                    :

                     Defendants.   :

                                                      :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On February 13, 2025, the Court noted that this case is subject to an automatic stay pursuant to 11 U.S.C. § 362(a).  Dkt. No. 67.  On March 10, 2025, the U.S. Bankruptcy Court for the Middle District of Florida entered an order lifting the automatic stay "solely to the extent necessary to permit [Plaintiff] to prosecute [a] Dismissal Motion and take any reasonable actions to dismiss with prejudice [Defendant Just One More Restaurant Corp. ("JOMR")] as a defendant" in this action. Dkt. No. 70-2 at 2.  On March 11, 2025, Plaintiff filed a motion to dismiss JOMR with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  Dkt. No. 70.  Any opposition to Plaintiff's motion to dismiss JOMR with prejudice should be filed no later than March 25, 2025.  Any reply should be filed no later than April 1, 2025.

        SO ORDERED.

Dated: March 11, 2025
       New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2025