USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOY VIDA JONES, ESQ.,

                           Plaintiff,

        Case No. 1: 23-cv-09920-GHW-JW

      - against -

LANDRY'S, INC., PALM MANAGEMENT CORP.,
and JUST ONE MORE RESTAURANT CORP.,

                       Defendants.
-----------------------------------------------------------------X

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Upon consideration of Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice as to Defendant Just One More Restaurant Corp. ("Just One More"), it is hereby ordered that the Motion is GRANTED, and it is further ordered that all claims against Defendant Just One More in the above-captioned action are hereby dismissed with prejudice, with no fees or costs awarded to either party.

    SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                                      _____
                                                      Hon. Gregory H. Woods
                                                      United States District Judge